# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **IN RE: SUBPOENA ADDRESSED TO SINE DRACO AVIATION TECHNOLOGY, LTD.**<br><br>**PRECISION AIRCRAFT SOLUTIONS, LLC,** an Oregon limited liability company**, and 321 PRECISION CONVERSIONS, LLC** an Oregon limited liability company**,**<br><br>Plaintiffs,<br><br>vs.<br><br>**MICHAEL SCOTT,** an individual,<br><br>Defendant. | Case No. 2:19-mc-00107-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO TRANSFER |

This matter comes before the Court on the parties' stipulated motion to transfer. Dkt. # 5. The underlying action is pending in the United States District Court for the District of Oregon, and plaintiffs, who issued the subpoena, do not object to transfer under Fed. R. Civ. P. 45(f).

It is therefore ORDERED that the Clerk of Court shall transfer this matter to the United States District Court for the District of Oregon

Dated this 20th day of August, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Page 1 -   ORDER